UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDRE S. MAYO, SR. | CIVIL ACTION |
| VERSUS | NO:  05-6857 |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY (WCI), ET AL | SECTION: "R" (4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Motion for Summary Judgment (Rec. Doc. No. 6) filed by the defendants, the Louisiana Department of Public Safety on behalf of WCI, the WCI medical department and the WCI security department, is **GRANTED**.

**IT IS FURTHER ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Andre S. Mayo, Sr., is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies as required by Title 42 U.S.C. § 1997e(a).

New Orleans, Louisiana, this ___7th___ day of _____June_____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**